Gerald Barrett, Esq. SBN: 005955
WARD, KEENAN & BARRETT, P.C.
3838 N. Central Avenue
Suite 1720
Phoenix, AZ 85012
Tel: 602-279-1717
Fax: 602-279-8908
Email: gbarrett@wardkeenanbarrett.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| PHILLIP A. McNALLY, as trustee of the Taft-Hartley Trust Funds; et.al., <br><br> Plaintiff/Judgment Creditors, <br><br> vs. <br><br> ORACLE CONTROL SYSTEMS, INC., an Arizona Corporation; SERVITEC, INC., an Arizona Corporation, <br><br> Defendant/Judgment Debtors. <br> _____ <br> ALLIANCE BANK <br><br> Garnishee. | Case No.: 4:11-cv-00627-RCC <br><br> APPLICATION FOR WRIT OF GARNISHMENT OF NON-EARNINGS |

1.     Judgment/Creditors, Phillip A. McNally, as trustee of the Taft-Hartley Trust Funds, et.al., were awarded a money judgment or order against Judgment/Debtor Oracle Control Systems, Inc., an Arizona Corporation and Servitec, Inc., an Arizona Corporation.

2.     The amount due on the money judgment as of January 7, 2013, is $219798.18. Interest at the legal rate of 1.3% accrues until the judgment is paid.

3.     Judgment/creditor believes the statements checked below are true:

*(Check all that apply)*

[ ]     Garnishee owes each judgment debtor money which wasn't earned by each judgment debtor for personal services performed by each judgment debtor.

Application for Writ of Garnishment – 1

[**X**]    Garnishee is holding money for each judgment debtor which is not exempt from collection.

[ ]    Garnishee has personal property which belongs to each judgment debtor and which is not exempt from collection.

[ ]    Garnishee is a corporation and each judgment debtor owns shares or other interest in the corporation.

4.    Garnishee's name and address is:

**Alliance Bank**
**1 South Church Avenue, Ste. 950**
**Tucson, Arizona 85701-1622**

5.    Judgment/Creditors have included a Summons and Writ of Garnishment form herewith and ask that the Writ be issued.

Dated this 22nd day of January, 2013.

S/GERALD BARRETT
Gerald Barrett
WARD, KEENAN & BARRETT, P.C.
3838 N. Central Avenue
Suite 1720
Phoenix, AZ 85012
Tel: 602-279-1717
Fax: 602-279-8908
Email: gbarrett@wardkeenanbarrett.com
Attorney for Plaintiff/Judgment Creditor

Application for Writ of Garnishment – 2