UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| PHILLIP A. McNALLY, as trustee of the Taft-Hartley Trust Funds; et.al.,<br><br>   Plaintiff/Judgment Creditors,<br><br>vs.<br><br>ORACLE CONTROL SYSTEMS, INC., an Arizona Corporation; SERVITEC, INC., an Arizona Corporation,<br><br>   Defendant/Judgment Debtors.<br><br>ALLIANCE BANK,<br><br>   Garnishee. | Case No.: 4:11-cv-00627-RCC<br><br>WRIT OF GARNISHMENT AND SUMMONS<br>(NON-EARNINGS) |

**GARNISHEE:** ALLIANCE BANK

**TO THE SHERIFF, CONSTABLE OR OTHER AUTHORIZED PROCESS SERVER IN PIMA COUNTY:** You are commanded to summon garnishee named above, who is believed to be in your county, to answer the following claims:

   1. Judgment Creditors, Phillip A. McNally as Trustee of the Taft-Hartley Trust Funds, et.al., were awarded a judgment against Oracle Control Systems, Inc. and Servitec, Inc.

   2. The amount due as of January 7, 2013, is $219,798.18. Interest at the legal rate of 1.3% accrues until the judgment is paid.

3. The addresses of the plaintiff/creditor, defendant/judgment debtors, garnishee, attorney or representative of garnishee (*if any*) are:

| JUDGMENT CREDITOR | JUDGMENT DEBTORS |
|---|---|
| Arizona Pipe Trades Trust Funds | Oracle Control Systems, Inc. |
| c/o Ward, Keenan & Barrett, P.C. | Servitec, Inc. |
| 3838 N. Central Avenue, Suite 1720 | 1050 So. Tyndall Avenue |
| Phoenix, Arizona 85012 | Tucson, Arizona 85719 |

GARNISHEE

Alliance Bank
1 South Church Avenue, Ste. 950
Tucson, Arizona 85701-1622

4. Garnishee is believed to hold money or property owed or belonging to each judgment debtor.

### TO THE ABOVE-NAMED GARNISHEE

GARNISHEE SHALL answer in writing, under oath, within ten (10) days after service of the WRIT OF GARNISHMENT upon you, all of the following questions:

1. Whether the garnishee has money or property belonging to judgment debtor Oracle Control Systems, Inc. and judgment debtor Servitec, Inc.;

2. What is the amount of money owed the judgment debtor Oracle Control Systems, Inc. and judgment debtor Servitec, Inc. and the amount of money withheld;

3. What is the amount of money released with the reason(s) for the release stated;

4. A description of personal property of the judgment debtor Oracle Control Systems, Inc. and judgment debtor Servitec, Inc. in possession of the Garnishee;

5. What the Garnishee has withheld;

6. What shares or interest the judgment debtor Oracle Control Systems, Inc. and judgment debtor Servitec, Inc. may own if the garnishee is a corporation;

////

**SUMMONS**

A Writ of Garnishment has been issued, naming you as garnishee. You are commanded to answer this Writ within ten (10) days. If you don't answer, you may be ordered to appear in person to answer the WRIT.

*WARNING: A default judgment may be entered against you, the garnishee, for the full amount shown on the writ, plus attorney fees and costs if you fail to answer the writ within ten (10) days.*

**DO NOT SEND ANY MONEY UNTIL YOU RECEIVE A COURT ORDER TELLING YOU TO DO SO.**

DATE: 2/27/2013

BRIAN D. KARTH, CLERK OF COURT

DEPUTY CLERK _[signature]_